UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

EVAN PETROS, Individually,                    :
                                              :
            Plaintiff,                        :
                                              :
v.                                            :     Case No. 1:13-cv-1144
                                              :
REESHA PROPERTY LLC                           :
A Domestic Limited Liability Company          :
                                              :
            Defendant.                        :
_____/ :


/s/ Pete M. Monismith                 /s/ Susan A. Finnegan
PETE M. MONISMITH                     Susan A. Finnegan
PETE M. MONISMITH, PC                 950 Trade Centre Way, Suite 310
3945 Forbes Avenue,                   Kalamazoo, MI 49002
Suite #175                            (269) 226-8861
Pittsburgh, Pennsylvania  15213       sfinnegan@plunkettcooney.com
Telephone:  (724) 610-1881            **Attorneys for Defendant**
Facsimile (412) 258-1309
Pete@monismithlaw.com
**Attorneys for Plaintiff**

## STIPULATED ORDER OF DISMISSAL

At a session of said Court, held in the U.S. District Court for the
Western District of Michigan,

On:  _____

_____
PRESENT:  Judge Robert J. Jonker
United States District Court Judge

The parties having stipulated to the entry of an Order dismissing, with prejudice, this

action, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**,

**DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

Honorable Judge Robert J. Jonker
United States District Court Judge

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order to Dismiss the Complaint.

/s/ Pete M. Monismith
PETE M. MONISMITH
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

Dated: June 6, 2014

/s/ Susan A. Finnegan
Susan A. Finnegan
950 Trade Centre Way, Suite 310
Kalamazoo, MI 49002
(269) 226-8861
sfinnegan@plunkettcooney.com
*Attorneys for Defendant*

Dated: June 6, 2014