UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

EVAN PETROS, Individually,  :
:
      Plaintiff,  :
:
v.  :  Case No. 1:13-cv-1144
:
REESHA PROPERTY LLC  :
A Domestic Limited Liability Company  :
:
      Defendant.  :
_____/  :

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ Susan A. Finnegan |
| PETE M. MONISMITH | Susan A. Finnegan |
| PETE M. MONISMITH, PC | 950 Trade Centre Way, Suite 310 |
| 3945 Forbes Avenue, | Kalamazoo, MI 49002 |
| Suite #175 | (269) 226-8861 |
| Pittsburgh, Pennsylvania  15213 | sfinnegan@plunkettcooney.com |
| Telephone:  (724) 610-1881 | ***Attorneys for Defendant*** |
| Facsimile (412) 258-1309 | |
| Pete@monismithlaw.com | |
| ***Attorneys for Plaintiff*** | |

**STIPULATED ORDER OF DISMISSAL**

    At a session of said Court, held in the U.S. District Court for the Western District of Michigan,

    On:  _____

    _____
    PRESENT:  Judge Robert J. Jonker
    United States District Court Judge

    The parties having stipulated to the entry of an Order dismissing, with prejudice, this action, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

Dated:  June 9, 2014

/s/ Robert J. Jonker
Honorable Judge Robert J. Jonker
United States District Court Judge

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order to Dismiss the Complaint.

/s/ Pete M. Monismith
PETE M. MONISMITH
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

Dated: June 6, 2014

/s/ Susan A. Finnegan
Susan A. Finnegan
950 Trade Centre Way, Suite 310
Kalamazoo, MI 49002
(269) 226-8861
sfinnegan@plunkettcooney.com
*Attorneys for Defendant*

Dated: June 6, 2014